FILED
2009 AUG 27 AM 10: 32
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE:  CASE NO. 04-56573-S

ROBERT J. HELBIG, JR.  CHAPTER 7
JOANN D. HELBIG
    Debtors  REPORT OF DIVIDEND
UNDER FIVE DOLLARS

Harold A. Corzin, Trustee herein, reports that check #114 in the amount of $4.62 was issued on August 19, 2009 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

   Amt. of Dividend

Claim #14   ASSET ACCEPTANCE LLC   $  4.62
   P.O. BOX 2036
   WARREN, MI 48090

TOTAL:   $  4.62

*Ck # 114*
*receipt # 80864*

———————————————
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

August 19, 2009